### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**BRANDON CLAYTON**                                                **PLAINTIFF**

**v.**                              **No. 3:25-cv-75-DPM**

**PIGGOTT HEALTHCARE & SENIOR**
**LIVING LLC**                                                     **DEFENDANT**

### ORDER

One-sided report, *Doc. 9*, noted.   Please follow the Final Scheduling Order, *Doc. 6 at 3*.  The Court directs counsel to meet in person by 31 March 2026, and address this dispute.  *Joint* report of any remaining disagreement due by 6 April 2026.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 March 2026